**Order entered April 25, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00330-CV

**BAXTER & ASSOCIATES, L.L.C. D/B/A BAXTER ELEVATORS, Appellant**

**V.**

**D & D ELEVATORS, INC., ET AL., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00670-2016**

## ORDER

We **GRANT** appellant's April 21, 2016 unopposed motion to abate the appeal. We **ABATE** the appeal. The appeal will be reinstated in sixty days or on motion of any party, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
        JUSTICE